Rev. 3/19

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

FILED ___ LODGED ___ RECEIVED ___ MAIL
SEP 10 2020
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

Jason Xerxes Dennis BK# 22009504
*Plaintiff's full name and prisoner number*

Plaintiff,

v.

Google/Google Plus
Virgie Garabilez Dennis

*Defendant's/defendants' full name(s)*

Defendant(s).

(If you cannot fit all of the defendants' names in the space provided, please write "see attached" in the space above and attach additional sheets of paper, as necessary, with the full list of names. The names listed here must be identical to those in Section II. Do not include addresses here. **Individuals whose names are not included in this section will not be considered defendants in this action.**)

Case No. 20-CV-1347 BHS-MLP
(leave blank – for court staff only)

**PRISONER CIVIL RIGHTS COMPLAINT**

Jury Demand?
☒ Yes
☐ No

## WARNINGS

1. Do not use this form if you are challenging the validity of your criminal conviction or your criminal sentence. If you are challenging your conviction or sentence, or if you are seeking restoration of good-time credits that would shorten your sentence, you must file a Petition for Writ of Habeas Corpus. If you use this form to challenge your conviction or sentence, you risk having your claim dismissed. Separate forms are available for filing a habeas petition.

2. Under the Prison Litigation Reform Act ("PLRA"), you are required to exhaust all remedies in your institution's grievance system that are available to you before filing suit. This generally means that you must file a grievance and, if it is denied, appeal it through all available levels of review. Your case may be dismissed if you fail to exhaust administrative remedies, unless the administrative grievance process was not "available" to you within the meaning of the PLRA. You are not required to plead or show that you have exhausted your claim in this complaint.

3.  Please review your complaint carefully before filing. If your case is dismissed, it may affect your ability to file future civil actions while incarcerated without prepaying the full filing fee. Under the PLRA, a prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim cannot file a new action without first paying the full filing fee, unless the prisoner is in imminent danger of serious bodily injury.

4.  Under Federal Rule of Civil Procedure 5.2, papers filed with the court, including exhibits or attachments to a complaint, <u>may not</u> contain certain information, which must be modified as follows:

Do <u>not</u> include:
- a full social security number
- a full birth date
- the full name of a minor
- a complete financial account number

Instead, use:
→ the last four digits
→ the birth year
→ the minor's initials
→ the last four digits

5.  You may, but do not need to, send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint. Any documents you submit *must relate directly to the claims you raise in this lawsuit.* They will become part of the court record and *will not be returned to you.*

---

## I. PLAINTIFF INFORMATION

__DENNIS, JASON XERXES__
Name (Last, First, MI)                                    Aliases/Former Names

__BK# 220009504__
Prisoner ID #

__King County Correctional Facility__
Place of Detention

__620 W James St__
Institutional Address

__King/Kent__            __WA__           __98032__
County, ~~City~~          State            Zip Code

*Indicate your status:*

☑ Pretrial detainee                    ☐ Convicted and sentenced state prisoner
☐ Civilly committed detainee           ☐ Convicted and sentenced federal prisoner
☐ Immigration detainee

## II. DEFENDANT INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page of the complaint. Attach additional sheets of paper as necessary.*

Defendant 1: **Google/Google Plus**
Name (Last, First)

**Information Technology**
Current Job Title

**1600 Amphitheatre Pkwy.**
Current Work Address

**Mountain View**    **California**    **94043**
County, City      State      Zip Code

Defendant 2: **Dennis Virgie (Garabilez)**
Name (Last, First)

**Histotechnician/Emergency Room, Facebook and Google**
Current Job Title

**Swedish Hospital downtown**
Current Work Address

**King/Seattle**    **WA**    **98104**
County, City      State      Zip Code

Defendant 3: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City      State      Zip Code

### III. STATEMENT OF CLAIM(S)

*In this section, you must explain what you believe each defendant did to violate your civil rights, and if you know, identify the federal statutory or constitutional right you believe was violated.*

*If you believe the defendant(s) violated your civil rights in more than one way, explain each violation under a different count. For example, if you believe you received constitutionally inadequate medical care and your religious rights were substantially burdened, include one claim under "Count I" (i.e., medical) and the other claim under "Count II" (i.e., religion).*

*Number your paragraphs. For example, in Count I, paragraphs should be numbered 1.1, 1.2, 1.3, etc., and in Count II, paragraphs should be numbered 2.1, 2.2, 2.3, etc. The first two paragraphs of each Count have been numbered for you.*

*If you have more than three counts, attach additional pages and follow the same format for each count.*

*If you attach documents to support the facts of your claim(s), you <u>must</u> specify which portion of the document(s) (i.e., page and paragraph) you are relying on to support the specific fact(s) of your claim(s). <u>If you do not specify the portion of the supporting document(s), the Court may disregard your document(s)</u>.*

### COUNT I

*Identify the first right you believe was violated and by whom:*

1.1 5th Amendment - Google/Google Plus
    4th Amendment - Same as above

*State the <u>facts</u> of your first claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

(5th Amendment and 4th Amendment)
1.2 On the Date of Dec 6, 2018 I had 5 Gun men At Different times of the day, high powered rifles and Scopes, Pointed at me to Kill me. There are a number

of people who witnessed this in public so i did some research and found a message to the general public "Attn; General Public there is a all day Event in which Virgie Garabilez Dennis, and Jason Dennis will be holding, but one will not be making it because he does not know how to use the google Calender" so i Called the 911 and the Burien Police Officer ask me how can he help me, i told him there are 2 men on in the Park and another on top of Safeway with Lasers and high powered rifles and scopes pointed at me, the Officer then replied "you are not hallucinating one bit, but take my advice they can not try it again, so go home and sleep this off!"

State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count I. Continue to number your paragraphs.

1.3 Google/Google Plus tried or attempted to have me Killed Dec 6, 2018 in Public because i was not Working, mentally terrified, I can't feel at Ease at home, in public or Alone, I'm Scared for Life.

## COUNT II

*Identify the second right you believe was violated and by whom:*

2.1 My right to Privacy is, and still is being Violated by google – in terms of Shadow.

*State the facts of your second claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

2.2 Google has made applications like xerCes that use huersterics to track an individuals movement online so these algorithms Recognize Past, Present and Future Navigations if im online. Google Pays business's to put in app tracking in their Employment Application to track what jobs an individuals are applying to and i have proof of them tracking me from school, to work Even having my Ex wife tracking me, they offer any and everybody money to track certain people, A Person may have a bounty on his head because he knows to much about

Information Technology, about Google's workers, Asians are the main group in my case. I know this cause i am a degree holder in IT, Highest honors grad, Phoenix Award Winner, member of National Technical Honors Society.

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count II. Continue to number your paragraphs.*

2.3 Mentally And Physically i'm Afraid For my Life since this all began I been shot, cut with a machete And Repeated attempts at my Life and its all being channeled through google.

**COUNT III**

*Identify the third right you believe was violated and by whom:*

3.1 Amendment 14.1  -  Google-Google Plus

*State the <u>facts</u> of your third claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

3.2 On Dec 6, 2018 Google tried to Ochestrate, Plot, And Recruit For terrorism to have me murdered here in Seattle without Due Process, conviction of Law. There are Lots of People of South King who

can pledge to this true fact, they Exploited my sexual intimate times with myself and or Partners, I was Emailing a I.T Attorney in Chicago And they cut in And Said Something to the Attorney Jay Edleson And he came back on Line and said he could not help me, Invasion of my Privacy. They are tracking me to Kill me For What? IT's my right to Confront And be Compensated for the Terrorism they Wrongfully Brought to my Life, trying to Frame me. Tulsi Gabbard - governor of Hawii is Suing Google Also For their Evil Plots. My Life is Constantly in Danger!

State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count III. Continue to number your paragraphs.

3.3 I'm Damaged mentally for Life, my Life is At Risk Everyday Cause of these Evil Plots I Can't trust Anyone, im Scared to Death to Even have a device.

IV.  **RELIEF**

State exactly what you want the Court to do for you.  For example, you may be seeking money damages from an individual defendant, you may want the Court to order a defendant to do something or to stop doing something, or you may want both kinds of relief.  Make no legal arguments.  Cite no cases or statutes.

The Fact i Know there was an open Bounty on my head of "123 million, check Libre office Jason Xerxes Dennis, From books to APPs made of me, I'm Requesting "124 million in Compensation, the evidence will show Google Orchestrating and planning my Death, I want them to Leave me Alone!

V.  **SIGNATURE**

By signing this complaint, you represent to the Court that you believe the facts alleged to be true to the best of your knowledge, that you believe those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

9-1-2020
_____
Dated

_Jason X. Dennis_
_____
Plaintiff's Signature



Name: Jason X Dennis
BKG. # B14-22000-9504
King County Correctional Facility
620 West James Street
Kent, WA 98032

FILED
LODGED
RECEIVED

SEP 10 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

U.S. District Court
700 Stewart Street
Suite 2310
Seattle, WA 98101