CASE NO. C20-1347-BHS

① ~ Address Points and Contents ~

1.) ~ Show Cause/state a claim for relief.
a. Suffered a violation of rights protect by Constitution and or Created by Federal statute and
b. that the Violation was proximately caused by a person/persons/company entity acting under Color of state law. ~

2.) ~ Motion Courts to supeana pertaining information/Fact Documents of (Case No. C20-1347-BHS) ~

3.) ~ Letter explaining - currently being Evaluated/Diagnosed by a mental Health/PTSD Expert. ~

4.) ~ objection/objections Letter/motion For Continuance. ~

5.) ~ Letter to clerk clarifying definitions of Court language, Ex. Viable Defendent/and Private. ~

FILED
LODGED
RECEIVED
MAIL

DEC 14 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY

② 

FILED
LODGED
RECEIVED
MAIL
DEC 14 2020
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY           DEPUTY

## Show Cause / state a claim For relief

a. Suffered a violation of rights protected by Constitution or Created by Federal statute.

b. That the violation was proximately caused by a person/persons/company acting under color of state law.

response to → a. The Area or claim for relief: would of mental properties/capacity of sound mind which was traumatized severely, so this would be the area of relief to be compensated for. (claim for relief)

b. Show Cause: That the violation was proximately caused by a person/persons/company acting under color of state law.

response to    To show cause or to give Facts/evidence in this case would be or request the Court to Supeona pertaining evidence.

~ Motion Courts to Supeona pertaining Information/Fact Documents of (Case No. C20-1347-BHS). ~

I Jason Xerxes Dennis Am requesting to move/or motion the United States District Court of Seattle to Supeona Essential/and Supportive Evidence/Facts to give Sufficient/Satisfy the Area of this Case - Show Cause.

(Virgie Garabilez is/was a Service Worker for Google/Google Plus Please Supeona this Fact/Evidence also. From Google/Google Plus records).

requested Instructions to obtain/retrieve and or Supeona show Cause Facts/Evidence in this case — So on Virgie Garabilez's/Virgie Garabilez Dennis Google Plus page A messege to the public was posted to the public about an all day event that I (Jason X. Dennis and Virgie Garabilez/Virgie Garabilez Dennis) was hosting but one (me) will not be making it. - So the Dates of the Posting of this messege was (December 5,6,7, And 8th of 2018) this is the messege I am requesting the Courts to Supeona from Google/Google Plus. The Location of Incident was in Burien, WA. On

over→

③

(continued)

Dec 6, 7or 5th I believe I made a desperate call twice to 911 About the Incidence's — So ~ I Jason X. Dennis Am requesting to motion the United States Courts to Subpoena those 911 Evidence documents Also. ~

④

~ Letter Explaining — Currently being Evaluated/Diagnosed by a Mental Health/ PTSD (Post Traumatic Stress Syndrome) Expert. ~

Hello Clerk/courts and Judge with the most respects I (Jason X. Dennis) am writing this letter to Let you Know I Jason Am presently/Currently undergoing a professional mental Examinated as to the Damage the said Defendants caused to my mental state, so to update the Courts, I will send these Diagnoses to the Courts when Completed be the mental health Expert.

Sincerely,

Jason X. Dennis

⑤

~ objection/objections Letter/Motion For Continuance Address the dismissal order ~

I, Jason X. Dennis am objection/objecting to the Court's decision to dismiss this case with Prejudice, for the reason this is the first time I'm filing a suit and I'm not initially understanding the court Lingual/Language so I have to research/ponder then reply so this is why I'm reiterating at times. Also, I was shot around miss Garabilez 2017 at a public library check/Supeona the (B-Town blog 2017 Feb 27 - Boulevard Park).

~ Letter to clerk clarifying definitions of civil court Language, EX. Viable defendant / And Private. ~

Hello clerk with respects I Jason X. Dennis would like to say I think were I'm alittle slow and reiterating is because I was not fully understanding the Civil suit Language and or Definitions - please send me information to Navigate these pro se Civil suit processes so things can move on a fluid level,

Sincerely.

Finally, if, while you are a prisoner, you file more than three actions or appeals in any federal court in the United States that are dismissed as frivolous or malicious or for failure to state a claim on which relief can be granted, you will be prohibited from bringing any other actions *in forma pauperis* unless you can demonstrate, with specific facts, that you are in imminent danger of serious physical injury. or Death

My life is iN DaNgEr this is Why I'm Requesting a NoNdismissal of this Case—Supeona B-Town Blog Feb 27 2016 or 2017 MAN

is shot at Bubic library Boulevard pArk Libr
this is proofofwhy Im objecting t
not dismissing this Case.

Name: Jason X. Dennis
Bkg. #220609504
King County Correctional Facility
620 West James Street
Kent, WA 98032

SEATTLE WA 980
10 DEC 2020 PM 4 L

NEOPOST
12/10/2020
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 98032
041M11298599

MAIL

☐ FILED
☐ LODGED
☒ RECEIVED

DEC 14 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

Clerk, United States District Court
United States Court House
700 Stewart Street, Suite 2310
Seattle, WA 98101

98101-443599